SUSANNAH T. FRENCH (State Bar No. 168317)
AMY J. BRICKER (State Bar No. 227073)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:  (415) 552-7272
Facsimile:  (415) 552-5816
French@smwlaw.com
Bricker@smwlaw.com

Attorneys for Plaintiff
Mountain Area Preservation Foundation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MOUNTAIN AREA PRESERVATION FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>  Defendant. | Case No. 2:24-cv-00441-AC<br><br>**STIPULATION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD; [~~PROPOSED~~] ORDER** |

Pursuant to Local Rule 144, the parties to this action hereby stipulate to extend the time to file the administrative record, as set forth below.

WHEREAS, pursuant to Local Rule 261, the deadline to file the certified administrative record is currently set for May 24, 2024.

WHEREAS, the administrative record is voluminous and the parties are currently engaged in productive settlement discussions; thus in order to allow sufficient time to prepare an accurate record as well as allow time for settlement discussions the parties wish to extend the time to lodge the administrative record by forty-five (45) days, to July 8, 2024.

WHEREAS, the parties have agreed and request that the Court issue an order extending the time to lodge the administrative record;

WHEREAS, the proposed extension will contribute to the efficient conduct and resolution of this case and will best conserve the resources of the parties and the Court; and

WHEREAS, the parties believe that the foregoing constitutes good cause to extend the time to lodge the administrative record.

NOW, THEREFORE, the parties hereby stipulate as follows and request that the Court enter the [Proposed] Order filed concurrently herewith:

The deadline for filing the certified administrative record shall be extended by forty-five days from May 24, 2024 to July 8, 2024.

DATED:  May 21, 2024                                SHUTE, MIHALY & WEINBERGER LLP

                                                    By:     /s/Amy J. Bricker
                                                          SUSANNAH T. FRENCH
                                                          AMY J. BRICKER

                                                          Attorneys for Plaintiff
                                                          Mountain Area Preservation Foundation

DATED: May 21, 2024						TAHOE REGIONAL PLANNING AGENCY

							By:  /s/John L. Marshall (authorized on 5/21/24)
							     JOHN L. MARSHALL
							     MARSHA A. BURCH
							     GRAHAM ST. MICHEL

							     Attorneys for Defendant
							     Tahoe Regional Planning Agency

**[~~PROPOSED~~] ORDER**

Upon the stipulation of the parties, and for good cause shown, the Court hereby ORDERS as follows:

1. The deadline for filing the certified administrative record shall be extended by forty-five days from May 24, 2024 to July 8, 2024.

IT IS SO ORDERED.

DATED: May 22, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE