SUSANNAH T. FRENCH (State Bar No. 168317)
AMY J. BRICKER (State Bar No. 227073)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816
French@smwlaw.com
Bricker@smwlaw.com

Attorneys for Plaintiff
Mountain Area Preservation Foundation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MOUNTAIN AREA PRESERVATION FOUNDATION,<br><br>              Plaintiff,<br><br>     v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>              Defendant. | Case No. 2:24-cv-00441-AC<br><br>**STIPULATION FOR DISMISSAL AND CONTINUING JURISDICTION; [PROPOSED] ORDER** |

1    Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."),
2    and subject to approval of the Court, Plaintiff Mountain Area Preservation Foundation ("MAP")
3    and Defendant Tahoe Regional Planning Agency ("TRPA") (collectively, the "Parties"), by and
4    through their respective counsel of record, hereby stipulate as follows:
5        WHEREAS, on December 13, 2023, the TRPA Governing Board approved the Phase 2
6    Housing Amendments ("Phase 2" or "Amendments"), including the adoption of Ordinance 2023-
7    07, amending the TRPA Code; Ordinance 2023-08, amending the TRPA Regional Plan Goals and
8    Policies; and the adoption of Environmental Findings and Finding of No Significant Effect
9    ("FONSE") based on an Initial Environmental Checklist ("IEC");
10       WHEREAS, the Amendments modify standards for designated development to allow
11   higher, denser development and are intended to accelerate the construction of deed-restricted
12   affordable, moderate or achievable housing, and associated mixed-use development in specified
13   areas;
14       WHEREAS, on February 9, 2024, MAP filed a Complaint for Injunctive and Declaratory
15   Relief ("Complaint") in this court (Case No. 2:24-cv-00441-AC, hereinafter "Action"), alleging
16   that TRPA had violated the Tahoe Regional Planning Bi-State Compact ("Compact"), the TRPA
17   Regional Plan, and TRPA regulations in its approval of the Amendments;
18       WHEREAS, on April 29, 2024, TRPA filed its Answer to the Complaint, wherein it denied
19   the allegations in the Complaint and claimed the environmental review was consistent with
20   applicable law;
21       WHEREAS, the Parties' attorneys held settlement discussions and determined that the
22   Parties jointly recognized the need for and agreed to work together to increase lower income and
23   workforce housing options in the Lake Tahoe Basin, while also preserving the unique
24   environmental attributes of the Tahoe Basin;
25       WHEREAS, the Parties would rather utilize their respective resources for cooperatively
26   solving housing issues rather than litigating over TRPA's Phase 2 efforts;
27
28

WHEREAS, on July 1, 2024, the Parties reached a settlement, subject to TRPA's adoption of proposed amendments ("Proposed Amendments") to the Phase 2 approvals at issue in this Action. Pursuant to Local Rule 160, a copy of the Settlement Agreement ("Settlement Agreement") was submitted to the Court on July 3, 2024;[1]

WHEREAS, under the terms of the Settlement Agreement, if TRPA approved the Proposed Amendments by September 30, 2024, MAP, with concurrence of TRPA, would dismiss this Action with prejudice and the Parties would request an order providing for continuing jurisdiction of the Court to enforce the rights and obligations of the Parties to the Settlement Agreement;

WHEREAS, on June 26, 2024, TRPA adopted the Proposed Amendments, a copy of which is attached hereto as Exhibit A;

NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties hereby jointly request dismissal of the above-captioned actions and all claims therein, with prejudice and without fees or costs to any side;

2. The Court shall retain continuing jurisdiction over the above-captioned matter for the limited purpose of enforcing the rights and obligations of the Parties as set forth in the Settlement Agreement.

DATED: July 17, 2024                     SHUTE, MIHALY & WEINBERGER LLP


By:   /s/Amy J. Bricker
      SUSANNAH T. FRENCH
      AMY J. BRICKER

      Attorneys for Plaintiff
      Mountain Area Preservation Foundation

---

[1] Docket 17

1  DATED: July 8, 2024                    TAHOE REGIONAL PLANNING AGENCY

3                                          By: /s/ John L. Marshall (authorized on July 8, 2024)
4                                              JOHN L. MARSHALL
                                               MARSHA A. BURCH
5                                              GRAHAM ST. MICHEL

6                                              Attorneys for Defendant
                                               Tahoe Regional Planning Agency

**[~~PROPOSED~~] ORDER**

Upon the stipulation of the parties, and for good cause shown, the Court hereby ORDERS as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties' joint request for dismissal of the above-captioned actions and all claims therein, with prejudice and without fees or costs to any side, is GRANTED.

2. The Court shall retain continuing jurisdiction over the above-captioned matter for the limited purpose of enforcing the rights and obligations of the Parties as set forth in the Settlement Agreement.

IT IS SO ORDERED.

DATED: July 22, 2024

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE